**MICHAEL C. PHILLIPS APC (Bar No. 48473)**
**LISA L. COPLEN (Bar No. 142726)**
**ANDERSON, McPHARLIN & CONNERS LLP**
**Thirty-First Floor**
**444 South Flower Street**
**Los Angeles, California 90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendant. | Case No. 1:05-CV-01186-AWI-DLB<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND RELATED DATES**<br><br>Date:    November 22, 2005<br>Time:    9:15 a.m.<br>Place:   COURTROOM #5<br>           DENNIS L. BECK,<br>           U.S. MAGISTRATE JUDGE |

This Court has received the Stipulation presented by counsel for Plaintiff GERAWAN FARMING PARTNERS, INC. and defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY, requesting that this Court order a continuance of the Mandatory Settlement Conference currently set for November 22, 2005 in Courtroom 5 before the Honorable U.S. Magistrate Judge Dennis L. Beck. After review of the Stipulation and good cause appearing therein for a continuance, IT IS SO ORDERED:

    1.    The Mandatory Scheduling Conference in this matter shall be continued to January 10, 2006 at 9:15 a.m. in Courtroom 5.

    2.    The parties shall hold a conference as set forth in the Court's September 19, 2005 Order Setting Mandatory Scheduling Conference no later than twenty (20) days prior to the

1 Scheduling Conference.

2     3.    The parties shall submit a Joint Scheduling Report as set forth in the Court's
3 September 19, 2005 Order Setting Mandatory Scheduling Conference no later than one (1) full
4 week prior to the Scheduling Conference.

5     4.    Plaintiff shall give serve a copy of the Court's September 19, 2005 Order Setting
6 Mandatory Scheduling Conference and this Order Continuing the Mandatory Scheduling
7 Conference on any additional Defendants which are served with the Summons and Complaint in
8 this matter.

9     5.    Plaintiff shall dismiss or attempt service on all unserved Defendants at least 30
10 days prior to the continued Scheduling Conference.

12 DATED: October 31, 2005_____

13     /s/ Dennis L. Beck
United States Magistrate Judge

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594