MICHAEL C. PHILLIPS APC (Bar No. 48473)
LISA L. COPLEN (Bar No. 142726)
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant, WESTCHESTER
SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY and DOES 1 through 100,<br><br>    Defendant. | Case No. 1:05-CV-01186-AWI-DLB<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND RELATED DATES**<br><br>Date:   November 22, 2005<br>Time:   9:15 a.m.<br>Place:  COURTROOM #5<br>        DENNIS L. BECK,<br>        U.S. MAGISTRATE JUDGE |

This Court has received the Stipulation presented by counsel for Plaintiff GERAWAN FARMING PARTNERS, INC. and defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY, requesting that this Court order a continuance of the Mandatory Settlement Conference currently set for November 22, 2005 in Courtroom 5 before the Honorable U.S. Magistrate Judge Dennis L. Beck.  After review of the Stipulation and good cause appearing therein for a continuance, IT IS SO ORDERED:

1.     The Mandatory Scheduling Conference in this matter shall be continued to February 28, 2006, at 9:15 a.m. in Courtroom 5.

    2.     The parties shall hold a conference as set forth in the Court's September 19, 2005 Order Setting Mandatory Scheduling Conference no later than twenty (20) days prior to the

1 | Scheduling Conference.

2 |     3.    The parties shall submit a Joint Scheduling Report as set forth in the Court's
3 | September 19, 2005 Order Setting Mandatory Scheduling Conference no later than one (1) full
4 | week prior to the Scheduling Conference.

7 | DATED:
  | December 20, 2005_____          ____/s/ Dennis L. Beck_____
8 |                                                 United States Magistrate Judge

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594