Michael P. Mallery, #116345
Michelle Pepper, #216444
Meredith A. Schneider, #227992
STAMMER, McKNIGHT, BARNUM & BAILEY LLP
2540 West Shaw Lane, Suite 110
Post Office Box 9789
Fresno, California 93794-9789
Telephone:   559/449-0571
Facsimile:    559/432-2619

Attorneys For:  Plaintiff GERAWAN FARMING PARTNERS, INC. a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY and DOES 1 through 100,<br><br>       Defendants. | Case No: 1: 05 CV 01186 AWI DLB<br><br>**STIPULATION AND ORDER TO EXTEND TRIAL DATE AND DISCOVERY DEADLINES** |

   IT IS HEREBY STIPULATED by and between Plaintiff GERAWAN FARMING PARTNERS, INC. and Defendants WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, and ROYAL SURPLUS LINES INSURANCE COMPANY that trial in this matter be continued until January 14, 2008 and that the following discovery deadlines be extended accordingly in order to allow the parties sufficient time to complete discovery.

<u>Non-Expert Discovery Deadline</u>:
       Current date:          April 13, 2007
       **Proposed new date:**   **July 27, 2007**

<u>Rule 26 Expert Disclosures</u>:
       Current date:          February 28, 2007
       **Proposed new date:**   **August 3, 2007**

<u>Expert Deadline</u>:
       Current date:          May 15, 2007
       **Proposed new date:**   **September 18, 2007**

<u>Non-Dispositive Motion Deadline</u>:
Current dates:       File by May 15, 2007, heard by June 8, 2007
**Proposed new dates:**   **File by August 10, 2007, heard by September 7, 2007**

<u>Dispositive Motion Deadline</u>:
Current dates:       File by June 15, 2007, heard by July 16, 2007
**Proposed new dates:**   **File by September 28, 2007, heard by November 2, 2007**

<u>Settlement Conference</u>:
       Current date:          May 3, 2007
       **Proposed new date:**   **August 6, 2007**

<u>Pre-Trial Conference</u>:
       Current date:          August 31, 2007
       **Proposed new date:**   **November 16, 2007**

<u>Trial</u>:
       Current date:          October 17, 2007
       **Proposed new date:**   **January 14, 2008**

Dated: February 22, 2007   STAMMER, MCKNIGHT, BARNUM & BAILEY LLP


By:/s/_____
    Michael P. Mallery/Meredith A. Schneider,
    Attorneys for Plaintiff GERAWAN FARMING
    PARTNERS, INC. a California Corporation


Dated: February 21, 2007   ANDERSON, MCPHARLIN & CONNERS LLP


By: /s/_____
    Lisa LeNay Coplen, Attorneys for Defendant
    WESTCHESTER SURPLUS LINES
    INSURANCE COMPANY


Dated: February 21, 2007   CLAUSEN MILLER P.C.


By:/s/_____
    Jeffrey N. Gesell, Attorneys for Defendants
    ARCH SPECIALTY INSURANCE COMPANY,
    and ROYAL SURPLUS LINES INSURANCE
    COMPANY


IT IS SO ORDERED

DATED: February 23, 2007   /s/ *Dennis L. Beck*_____
    U.S. Magistrate Judge

---

3

Gerawan v. Wescthester; cv 01186 AWI DLB
 STIPULATION AND ORDER TO EXTEND TRIAL DATE AND DISCOVERY DEADLINES