MICHAEL C. PHILLIPS APC (Bar No. 48473)
LISA L. COPLEN (Bar No. 142726)
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. 1:05-CV-01186-AWI-DLB<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES |

TO THIS HONORABLE COURT:

RECITALS

A.   Plaintiff GERAWAN FARMING PARTNERS, INC. ("GERAWAN") filed this action on June 6, 2005, in Fresno Superior Court, naming WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("WESTCHESTER"), ARCH SPECIALTY INSURANCE COMPANY ("ARCH") and ROYAL SURPLUS LINES INSURANCE COMPANY ("ROYAL") as defendants. This matter involves an insurance coverage dispute regarding benefits under one or more insurance policies for pitting to nectarines processed at GERAWAN's packing facility.

B.   On September 15, 2005, WESTCHESTER removed this action to the United States District Court for the Eastern District of California, Fresno Division.

1

C. The parties have been diligently conducting discovery according to the scheduling conference order issued by this Court;

D. However, due to the discovery of additional facts which came to light during several of the party-affiliated depositions; due to the necessity of deposing additional party-affiliated witnesses who have not yet been depose; and due to the newly discovered documents essential to the litigation of the case, additional time is needed by the parties to complete discovery and to prepare the case for trial.

## STIPULATION

Based on the above recitals, the parties, through their respective attorneys of record, hereby stipulate to the entry of the Order filed concurrently herewith continuing the Trial and all related dates as follows:

1. Non-Expert Discovery Cut-Off deadline of July 27, 2007, will be continued to September 21, 2007;

2. Expert Disclosure deadline of August 3, 2007, will be continued to October 19, 2007;

3. Expert Discovery deadline of September 18, 2007, will be continued to November 23, 2007;

4. Non-Dispositive Motion Filing deadline of August 10, 2007, will be continued to October 26, 2007;

5. Deadline of September 7, 2007, for hearing on Non-Dispositive Motion, will be continued to November 30, 2007;

6. Dispositive Motion Filing deadline of September 28, 2007, will be continued to December 7, 2007;

7. Dispositive Motion Hearing deadline of November 2, 2007, will be continued to February 1, 2008;

8. Mandatory Settlement Conference date of August 6, 2007, will be continued to December 3, 2007;

9. Pre-Trial Conference date of November 16, 2007, will be continued to January 16, 2008;

10. Trial date of January 14, 2008, will be continued to March 3, 2008.

DATED: July 11, 2007                STAMMER, MCKNIGHT, BARNUM & BAILEY


By: _____/s/_____
    Michael Mallery
    Attorneys for Plaintiff, GERWAN FARMING
    PARTNERS, INC.

DATED: July 11, 2007                ANDERSON, McPHARLIN & CONNERS LLP


By: _____/s/_____
    Michael C. Phillips APC
    Lisa L. Coplen, Esq.
    William S. Hong, Esq.
    Attorneys for Defendant, WESTCHESTER SURPLUS
    LINES INSURANCE COMPANY

DATED: July 11, 2007                CLAUSEN MILLER PC


By: _____/s/_____
    Keith E. Butler, Esq.
    Jeffrey Neal Gesell, Esq.
    Attorneys for Defendant, ARCH SPECIALTY INSURANCE COMPANY and ROYAL SURPLUS LINE INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: **July 17, 2007**              **/s/ Dennis L. Beck**

                                                **UNITED STATES MAGISTRATE JUDGE**