MICHAEL C. PHILLIPS APC (Bar No. 48473)
LISA L. COPLEN (Bar No. 142726)
WILLIAM S. HONG (Bar No. 224214)
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Defendant, WESTCHESTER
SURPLUS LINES INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY and DOES 1 through 100, <br><br> Defendants. | Case No. 1:05-CV-01186-AWI-DLB <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES** |

**TO THIS HONORABLE COURT:**

## RECITALS

A.      Plaintiff GERAWAN FARMING PARTNERS, INC. ("GERAWAN") filed this action on June 6, 2005, in Fresno Superior Court, naming WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("WESTCHESTER"), ARCH SPECIALTY INSURANCE COMPANY ("ARCH") and ROYAL SURPLUS LINES INSURANCE COMPANY ("ROYAL") as defendants.  This matter involves an insurance coverage dispute regarding benefits under one or more insurance policies for pitting to nectarines processed at GERAWAN's packing facility.

B.      On September 15, 2005, WESTCHESTER removed this action to the United States District Court for the Eastern District of California, Fresno Division.

C.      The parties have been diligently conducting discovery according to the scheduling conference order issued by this Court;

D.      The parties have participated in mediation before the Honorable Judge Richard L. Gilbert (Retired) on July 16, 2007;

E.      Whereas based on Judge Gilbert's recommendations, the parties agreed to a further mediation session on October 11, 2007, which would allow the parties additional time to demand and inspect specific information requests concerning the plaintiff's alleged damages to address defendants' concerns about plaintiff's claim calculations;

## STIPULATION

Based on the above recitals, the parties, through their respective attorneys of record, hereby stipulate to the entry of the Order filed concurrently herewith continuing the Trial and all related dates as follows:

1.      Non-Expert Discovery Cut-Off deadline of September 21, 2007, will be continued to December 21, 2007;

2.      Expert Disclosure deadline of October 19, 2007, will be continued to January 18, 2008;

3.      Expert Discovery deadline of November 23, 2007, will be continued to February 22, 2008;

4.      Non-Dispositive Motion Filing deadline of October 26, 2007, will be continued to January 25, 2008;

5.      Deadline of November 30, 2007, for hearing on Non-Dispositive Motion, will be continued to February 29, 2008;

6.      Dispositive Motion Filing deadline of December 7, 2007, will be continued to March 7, 2008;

7.      Dispositive Motion Hearing deadline of February 1, 2008, will be continued to May 2, 2008;

8.      Mandatory Settlement Conference date of December 3, 2007, will be continued to March 3, 2008;

9.      Pre-Trial Conference date of January 16, 2008, will be continued to April 16, 2008

**at 8:30 a.m.**;

10.   Trial date of March 3, 2008, will be continued to June **3**, 2008 **at 8:30 a.m.**.

DATED: July __, 2007          STAMMER, MCKNIGHT, BARNUM & BAILEY


By:_____
         Michael Mallery
         Attorneys for Plaintiff, GERWAN FARMING
         PARTNERS, INC.

DATED: July __, 2007          ANDERSON, McPHARLIN & CONNERS LLP


By:_____
         Michael C. Phillips APC
         Lisa L. Coplen, Esq.
         William S. Hong, Esq.
Attorneys for Defendant, WESTCHESTER SURPLUS
LINES INSURANCE COMPANY

DATED: July __, 2007          CLAUSEN MILLER PC


By:_____
         Keith E. Butler, Esq.
         Jeffrey Neal Gesell, Esq.
Attorneys for Defendant, ARCH SPECIALTY
INSURANCE COMPANY and ROYAL SURPLUS LINE
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

**Dated:   August 6, 2007**          _____/s/ Anthony W. Ishii_____
                    UNITED STATES DISTRICT JUDGE