IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br>　v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY, and DOES 1 through 100,<br><br>　　　　　Defendant. | CIV F 05-1186  AWI DLB<br><br>ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME |

　　　This is an insurance dispute.  Currently set for hearing and decision on October 22, 2007, is Defendants's motion for summary judgment.  Plaintiff has filed an ex parte application for an order shortening time to hear its motion to continue the October 22, 2007, summary judgment hearing date.  Plaintiff wishes to continue the hearing due to its need for additional discovery, and the request to continue is based on Rule 56(f).  Defendants have filed no response at this time.

　　　The operative scheduling order contains the following deadlines: expert discovery - February 22, 2008; non-expert discovery - December 21, 2007; dispositive motions - March 7, 2008; trial - June 3, 3008.  See Court's Docket Doc. No. 41.  Plaintiff's motion indicates that the parties have been through mediation, rescheduled the mediation in order to clarify the damages issues, agreed to suspend discovery in order to cut down cost, and then resume discovery after

mediation. Plaintiff's motion further indicates that Defendants's experts, and two individuals involved in the claim adjusting process, have not been deposed. Defendants's motion for summary judgment relies heavily upon the opinion of its expert witnesses. Given the importance of Defendants's expert witnesses to the summary judgment motion, as well as the operative scheduling order, summary judgment may be premature at this time. However, the Court has not had the benefit of a response or opposition of any kind from Defendants and therefore will give Defendants the opportunity to be heard on Plaintiff's Rule 56(f) request for relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte motion to shorten time is GRANTED in part in that Defendants are to file either a notice of non-opposition to Plaintiff's request for Rule 56(f) relief or file an opposition to that request on or by 5:00 p.m. on October 2, 2007;
2. Plaintiff may file a reply to any opposition on or by 5:00 p.m. on October 9, 2007; and
3. The Court will issue a ruling after October 9, 2007, if an opposition is filed by Defendants.

IT IS SO ORDERED.

**Dated:  September 24, 2007**         /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE