**MICHAEL C. PHILLIPS APC (Bar No. 48473)**
  mea@amclaw.com
**LISA L. COPLEN (Bar No. 142726)**
  llc@amclaw.com
**WILLIAM S. HONG (Bar No. 224214)**
  wsh@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
Thirty-First Floor
444 South Flower Street
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Defendant, WESTCHESTER
SURPLUS LINES INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GERAWAN FARMING PARTNERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, ROYAL SURPLUS LINES INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. 1:05-CV-01186-AWI-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES** |

**TO THIS HONORABLE COURT:**

### RECITALS

A.    Plaintiff GERAWAN FARMING PARTNERS, INC. ("GERAWAN") filed this action on June 6, 2005, in Fresno Superior Court, naming WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("WESTCHESTER"), ARCH SPECIALTY INSURANCE COMPANY ("ARCH") and ROYAL SURPLUS LINES INSURANCE COMPANY ("ROYAL") as defendants.  This matter involves an insurance coverage dispute regarding benefits under one or more insurance policies for pitting to nectarines processed at GERAWAN's packing facility.

B.    On September 15, 2005, WESTCHESTER removed this action to the United States District Court for the Eastern District of California, Fresno Division.

C.    The parties have been diligently conducting discovery according to the scheduling

conference order issued by this Court;

  D. The parties have participated in mediation before the Honorable Judge Richard L. Gilbert (Retired) on July 16, 2007;

  E. WHEREAS based on Judge Gilbert's recommendations, the parties agreed to a further mediation session on November 6, 2007, which would allow the parties additional time to demand and inspect specific information requests concerning the plaintiff's alleged damages to address defendants' concerns about plaintiff's claim calculations;

  F. WHEREAS defendant WESTCHESTER filed its Motion for Summary Judgment to be heard before this Court on October 22, 2007;

  G. WHEREAS the parties agree that plaintiff needs additional time to take the depositions of WESTCHESTER's witnesses in order to oppose WESTCHESTER's motion for summary judgment;

  H. WHEREAS the parties are continuing to meet and confer on dates for the depositions of WESTCHESTER's witnesses;

  I. WHEREAS the parties agree that currently scheduled mediation of November 6, 2007, should be continued to date after the hearing of WESTCHESTER's Motion for Summary Judgment;

### STIPULATION

Based on the above recitals, the parties, through their respective attorneys of record, hereby stipulate to the entry of the Order filed concurrently herewith as follows:

  1. Take off from the Court's calendar Plaintiff's Motion to Continue the hearing on WESTCHESTER's Summary Judgment Motion currently pending before this Court;

  2. Continue hearing on WESTCHESTER's Motion for Summary Judgment currently scheduled for October 22, 2007 to December 10, 2007;

  3. Continue the Mediation currently scheduled for November 6, 2007, to December 17, 2007.

The parties also stipulate that a supplemental stipulation and order may be submitted once

the parties reach an agreement as to the specific dates for the depositions of WESTCHESTER's witnesses.

DATED:  October __, 2007        STAMMER, MCKNIGHT, BARNUM & BAILEY


By:    /s/ Michael Mallery
       Michael Mallery
       Attorneys for Plaintiff, GERWAN FARMING
       PARTNERS, INC.


DATED:  October __, 2007        ANDERSON, McPHARLIN & CONNERS LLP


By:    /s/ William S. Hong
       Michael C. Phillips APC
       Lisa L. Coplen, Esq.
       William S. Hong, Esq.
Attorneys for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY

DATED:  October __, 2007        CLAUSEN MILLER PC


By:    /s/ Keith E. Butler
       Keith E. Butler, Esq.
       Jeffrey Neal Gesell, Esq.
Attorneys for Defendant, ARCH SPECIALTY INSURANCE COMPANY and ROYAL SURPLUS LINE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

**Dated:   October 3, 2007**                **/s/ Anthony W. Ishii**
                                             UNITED STATES DISTRICT JUDGE